UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| CURTIS MARSALIS | * | CIVIL ACTION NO. 12-2576 |
| | * | |
| VERSUS | * | SECTION SECT. B MAG. 3 |
| | * | |
| HERCULES OFFSHORE SERVICES, L.L.C. | * | MAG. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT UNDER THE JONES ACT

TO THE HONORABLE, THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA, NEW ORLEANS DIVISION:

1.

This action is based upon the general maritime law, the Jones Act, (46 U.S.C. Sec. 686) as hereinafter more fully appears:

2.

Plaintiff, CURTIS MARSALIS is an American seaman residing in McComb, Mississippi at the time of his accident; defendant HERCULES OFFSHORE SERVICES, L.L.C., is a foreign corporation organized under laws other than the State of Louisiana and doing business in this Parish and State and, at all pertinent times hereto, was the owner and operator of the M/V HERCULES 300, a jack-up barge on which CURTIS MARSALIS was employed as a roustabout on the date of the incident complained.

3.

At all pertinent times hereto, the defendant owned, operated, managed and controlled the M/V HERCULES 300, a jack-up barge which was engaged in operations in the Gulf of Mexico.

4.

On or about August 25, 2012, CURTIS MARSALIS was employed as a roustabout on the M/V HERCULES 300, in the Gulf of Mexico when he was ordered by the lead roustabout to carry a large spot light down two flights of stairs to the pump room; said direct order placed an onerous burden on plaintiff's physical body and caused him to sustain injuries.

5.

The defendant, HERCULES OFFSHORE SERVICES, L.L.C. and/or its agents and crew are guilty of negligence in failing to provide CURTIS MARSALIS with a safe place to work and with a sufficient and adequately trained crew and equipment which could have aided him in lifting the spot light and avoided his injuries; defendant, HERCULES OFFSHORE SERVICES, L.L.C. had an absolute and non-delegable duty to provide a seaworthy vessel to CURTIS MARSALIS. The aforesaid conditions and actions of the vessel's owners and agents in failing to have a sufficient and adequately trained crew and adequate equipment on the M/V HERCULES 30 jack-up barge rendered the vessel unseaworthy in accordance with the general maritime law as described above.

6.

As a direct and proximate cause of the negligence of the defendant and/or their agents and crew and the unseaworthiness of said vessel, CURTIS MARSALIS sustained the following injuries and damages: acute lumbar strain, mental anguish and herniated lumbar disc.

7.

Petitioner itemizes his damages as follows:

Past, present and future medicals - $200,000.00

Past, present and future lost wages - $500,000.00

Past, present and future pain and suffering - $400,000.00

Mental anguish - $100,000.00

Emotional stress and strain - $100,000.00

Loss of earning capacity - $200,000.00

TOTAL - $1,500.,000.00

8.

The defendant has failed to adequately pay plaintiff maintenance and cure and plaintiff requests penalties and attorneys fees for their failure to adequately compensate plaintiff.

9.

Plaintiff demands trial by jury in accordance with the Federal Rules of Civil Procedure.

WHEREFORE, CURTIS MARSALIS demands judgment against defendant, HERCULES OFFSHORE SERVICES, L.L.C. in the full sum of ONE MILLION FIVE HUNDRED THOUSAND AND NO/100 ($1,500,000) DOLLARS together with legal interest thereon from date of judicial demand until paid, for trial by jury for maintenance and cure and other equitable relief.

Respectfully submitted,

_____
DARLEEN M. JACOBS (#7208)
*A Professional Law Corporation*
823 St. Louis Street
New Orleans, Louisiana 70112
(504) 522-0155 and (504) 522-3287
Counsel for Plaintiff, CURTIS MARSALIS

PLEASE SERVE:

HERCULES OFFSHORE SERVICES, L.L.C.
Through its agent for service of process:
Capitol Corporate Services, LLC
8550 United Plaza Bldg., II
Suite 305
Baton Rouge, LA 70809